UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CR221-0015

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 371 |
| MAURICE MITCHELL | ) | Conspiracy to Commit Interstate |
| a/k/a "Chuck Town" | ) | Transportation of Stolen Property |
| DAJON FRASIER | ) | |
| a/k/a "Lil Boy D" | ) | 18 U.S.C. § 2314 |
| ANTONIO CAMPBELL | ) | Interstate Transportation of Stolen |
| a/k/a "Daddio", a/ka "Tonio" | ) | Property |
| ROBERT SANDERS | ) | |
| a/k/a "Florida Boy" | ) | 18 U.S.C. § 2 |
| DEAN AYER | ) | Aiding and Abetting |
| | ) | |
| | ) | 18 U.S.C. § 922(g) |
| | ) | Possession of Firearm by Prohibited |
| | ) | Person |

U.S. DISTRICT COURT
Southern District of Ga.
Filed in Office
_4:15_ P M
_2-3_ 20 21
Deputy Clerk

THE GRAND JURY CHARGES THAT:

COUNT ONE
*Conspiracy to Commit Interstate Transportation of Stolen Property*
18 U.S.C. §371

Beginning on a date at least as early as in or around May 2019, up to and including November 2019, the precise dates being unknown, in Coffee County and Glynn County, in the Southern District of Georgia, and elsewhere, the defendants,

MAURICE MITCHELL
a/k/a "Chuck Town"
DAJON FRASIER
a/k/a "Lil Boy D"
ANTONIO CAMPBELL
a/k/a "Daddio", a/k/a "Tonio"
ROBERT SANDERS
a/k/a "Florida Boy"

**and**
**DEAN AYER**

aided and abetted by each other and by others known and unknown, with some

joining in the conspiracy earlier and others joining later, did knowingly and

intentionally combine, conspire, confederate and agree together with each other and

with others known and unknown, to unlawfully transport, transmit, and transfer in

interstate commerce, property of a value of $5,000 or more, knowing the same to have

been stolen, converted, and taken by fraud.

## Objects of the Conspiracy

The objects of the conspiracy were:

     a.  to steal heavy equipment from various vendors throughout the region;

     b.  to transport that equipment to various places in order to avoid detection, to include transporting it across state borders when necessary;

     c.  to store that equipment until buyers could be located when necessary;

     d.  and to sell the stolen equipment in order to enrich themselves.

## Manner and Means of the Conspiracy

It was a part of the conspiracy and among its manner and means that some of the defendants, aided and abetted by each other and others:

a. Used telecommunications to determine which heavy equipment vendors to steal from, and to arrange times to meet and travel to those locations;

b. On the agreed upon dates and times, traveled to various heavy equipment vendors across the states of Georgia, North Carolina, and South Carolina;

c. Trespassed onto the premises of those vendors at night in order to avoid detection;

d. Loaded various pieces of equipment onto trailers;

e. With the equipment in tow, traveled from the immediate vicinity of the vendors in order to avoid detection;

f. Made arrangements with each other on where to store the equipment;

g. On some occasions, crossed state borders to store that equipment; and

h. On some occasions, crossed state borders to sell that equipment to buyers.

## Overt Acts

In furtherance of the conspiracy and to accomplish its objects, at least one of the Defendants committed or caused to be committed, in the Southern District of Georgia and elsewhere, at least one of the following overt acts:

a.    On or about November 3, 2019, defendants **FRASIER** and **MITCHELL**:

i.    traveled to Douglas, Georgia,

ii.    unlawfully entered the premises of Crosby Equipment Company during the night,

iii.    defendant **MITCHELL** spoke to defendant **CAMPBELL** on the telephone to discuss the theft;

iv.    defendants **FRASIER** and **MITCHELL** loaded 3 Kubota Zero Turn Lawn mowers onto a trailer, and

v.    defendants **FRASIER** and **MITCHELL** transported the equipment to defendant **AYER**'s property in Ehrhardt, South Carolina.

b.    Between on or about November 7, 2019 and November 9, 2019, the following occurred:

i.    Defendants **FRASIER, MITCHELL,** and **CAMPBELL** traveled to Brunswick, Georgia,

ii.    unlawfully entered the premises of Sapelo Equipment Company during the night,

iii.    loaded 2 Kubota Rough Terrain Vehicles and 1 Kubota Skid Loader onto a trailer located on the premises, and

iv.    transported that equipment to defendant **AYER**'s property in Ehrhardt, South Carolina.

v.      On or about November 9, 2019, defendants **MITCHELL,** **CAMPBELL,** and **FRASIER** aided and abetted each other in transporting some pieces of that equipment from defendant **AYER**'s property to Charlotte, North Carolina to sell to unknown buyers.

c.  On or about November 24, 2019, the following occurred:

i.      prior to that date, defendant **SANDERS** sent defendant **MITCHELL** a description of certain equipment that defendant **SANDERS** wanted to sell to unknown buyers,

ii.      prior to that date, defendant **SANDERS** arranged for a sale of certain equipment to unknown buyers, to take place in Jacksonville, Florida,

iii.      On or about November 24, 2019, defendant **MITCHELL** traveled to Brunswick, Georgia at the behest of defendant **SANDERS**,

iv.      On that date, defendant **MITCHELL** unlawfully entered the premises of Sapelo Equipment Company during the night,

v.      On that date, defendant **MITCHELL** loaded a Kubota Skid Steer onto a trailer that he brought with him,

vi.      On that date, defendant **MITCHELL** transported that equipment to Jacksonville, Florida,

vii.      On that date, defendant **MITCHELL** transferred the equipment to defendant **SANDERS** and other unknown buyers.

All in violation of Title 18, United States Code, Sections 371, 2314 and 2.

5

## COUNT TWO
*Interstate Transportation of Stolen Property*
18 U.S.C. § 2314

On or about November 3, 2019, in Coffee County, in the Southern District of

Georgia, the defendants,

**MAURICE MITCHELL**
**a/k/a "Chuck Town"**
**DAJON FRASIER**
**a/k/a "Lil Boy D"**
**ANTONIO CAMPBELL**
**a/k/a "Daddio", a/k/a "Tonio"**
**and**
**DEAN AYER**

did aid and abet each other in unlawfully transporting, transmitting, and

transferring in interstate commerce from Douglas, Georgia, to Ehrhardt, South

Carolina, stolen goods, wares and merchandise, that is three (3) Kubota Zero Turn

Lawn Mowers, each of the value of $5,000 or more, knowing the same to have been

stolen, converted, and taken by fraud.

All in violation of Title 18, United States Code, Sections 2314 and 2.

## COUNT THREE
*Interstate Transportation of Stolen Property*
18 U.S.C. § 2314

Between on or about November 7, 2019, and on or about November 9, 2019, in

Glynn County, in the Southern District of Georgia, the defendants,

**MAURICE MITCHELL**
**a/k/a "Chuck Town"**
**DAJON FRASIER**
**a/k/a "Lil Boy D"**
**ANTONIO CAMPBELL**
**a/k/a "Daddio", a/k/a "Tonio"**
**and**
**DEAN AYER**

did aid and abet each other in unlawfully transporting, transmitting, and

transferring in interstate commerce from Brunswick, Georgia, to Ehrhardt, South

Carolina, and Charlotte, North Carolina, stolen goods, wares and merchandise, that

is two (2) Kubota Rough Terrain Vehicles, one (1) Kubota Skid Loader with front

bucket attachment, and one (1) twenty foot Down 2 Earth Trailer, each of the value

of $5,000 or more, knowing the same to have been stolen, converted, and taken by

fraud.

All in violation of Title 18, United States Code, Sections 2314 and 2.

## COUNT FOUR
*Interstate Transportation of Stolen Property*
18 U.S.C. § 2314

On or about November 24, 2019, in Glynn County, in the Southern District of

Georgia, the defendants,

**MAURICE MITCHELL**
**a/k/a "Chuck Town"**
**ROBERT SANDERS**
**a/k/a "Florida Boy"**

did aid and abet each other in unlawfully transporting, transmitting, and

transferring in interstate commerce from Brunswick, Georgia, to Jacksonville,

Florida, stolen goods, wares and merchandise, that is one (1) Kubota Skid Loader

with brush cutter attachment, of the value of $5,000 or more, knowing the same to

have been stolen, converted, and taken by fraud.

All in violation of Title 18, United States Code, Sections 2314 and 2.

## COUNT FIVE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about November 25, 2019, in Chatham County, within the Southern

District of Georgia, the defendant,

## MAURICE MITCHELL
### a/k/a "Chuck Town"

knowing he had previously been convicted of a crime punishable by imprisonment

for a term exceeding one year, knowingly possessed, in and affecting commerce,

the following firearm: Taurus, Model: TH9C, 9mm handgun, which had been

transported in interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

{Signatures on following page}

A True Bill.


Bobby L. Christine
United States Attorney

Darron J. Hubbard
Special Assistant United States Attorney
*Lead Counsel

Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division