# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Brunswick Division

| | |
|---|---|
| United States of America<br>v.<br>Maurice Mitchell | ) Case No:  2:21CR00015-1<br>) USM No:  32058-171 |
| Date of Original Judgment:  March 1, 2022<br>Date of Previous Amended Judgment:  April 7, 2022<br>*(Use Date of Last Amended Judgment if Any)* | ) Joseph L. Phelps, III<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __51__ months **is reduced to** __time served__ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __April 7, 2022__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  __November 21, 2023__

Judge's signature

Effective Date:  __February 1, 2024__
*(if different from order date)*

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
*Printed name and title*